IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO

Case No. 09-CV-01160-RPM-BNB

MARY M. ZEIEN,

    Plaintiff,

v.

CALHAN SCHOOL DISTRICT RJ-1,
PIKES PEAK BOARD OF COOPERATIVE EDUCATIONAL SERVICES,
STEVEN SANCHEZ, in his individual capacity,
ARCHIE NEIL, in his individual capacity, and
DAVID FREEMAN, in his individual capacity.

    Defendants.

---

## ORDER OF DISMISSAL

---

Upon consideration of Plaintiff's Notice of Dismissal pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i) and (B), it is

ORDERED   that the Plaintiff's Motion is granted and this case is dismissed without prejudice as permitted by the Rule.

DATED this 24th day of July, 2009.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge